UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MULBAH KEITA,

                Petitioner,

         -v-

LEROY FIELDS,

                Respondent.
------------------------------------------------------------------------X

20-CV-6154 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       The Court has received a letter dated August 27, 2020 from Petitioner, *see* ECF No. 8.  In that letter, Petitioner states that he sent four copies of his Petition, *see* ECF No. 1, and now asks for one copy to be returned to him.  The Clerk of Court is directed to mail the first 26 pages of his Petition, ECF No. 1, to Petitioner, along with a copy of this Order.

       SO ORDERED.

Dated: September 10, 2020
       New York, New York

                                     JESSE M. FURMAN
                                United States District Judge