UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                              :

MULBAH KEITA,                                     :

                             Petitioner,                    :                  20-CV-6154 (JMF)

                                                         :
             -v-                                              :                  <u>ORDER</u>

LEROY FIELDS,                                     :

                             Respondent.               :
                                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 9, 2020, the Court received Petitioner's second application for counsel.  *See* ECF No. 12.  In determining whether to grant an application for counsel, the Court must consider "the merits of [petitioner's] case, the [petitioner's] ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the [petitioner's] ability to gather the facts and deal with the issues if unassisted by counsel."  *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam).  As a threshold matter, in order to qualify for counsel Petitioner must demonstrate that his claim has substance or a likelihood of success.  *See Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986).  In reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity and, thus, should not grant a request for counsel indiscriminately.  *See Cooper*, 877 F.2d at 172.

       Having reviewed Petitioner's initial petition, Respondent's response papers, and the record from Petitioner's state-court proceedings, the Court concludes that appointment of counsel would not be in the interests of justice and therefore DENIES Petitioner's application.

As a courtesy, however, the Court hereby EXTENDS the deadline for Petitioner to submit his reply brief until **November 30, 2020**.

As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.  *See* 28 U.S.C. § 2253(c); *see also Gonzalez v. Thaler*, 565 U.S. 134, 143 n.5 (2012); *Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012).  In addition, the Court certifies pursuant to 28 U.S.C.§ 1915(a)(3) that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is therefore denied.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of the Court is directed to terminate ECF No. 12 and to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

JESSE M. FURMAN
United States District Judge

2