**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MULBAH KEITA,

                Petitioner,          20 **CIVIL** 6154 (JMF)

      -against-                               **JUDGMENT**

LEROY FIELDS,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 12, 2020, Keita's habeas petition is DISMISSED. As Keita has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); see also Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). Moreover, the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444- 45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York

      November 12, 2020

                                                **RUBY J. KRAJICK**
                                        _____
                                                **Clerk of Court**
                      **BY:**      *K. Mango*
                                        _____
                                                **Deputy Clerk**